**Dismissed and Memorandum Opinion filed September 3, 2020.**



**In The**

## Fourteenth Court of Appeals

### NO. 14-20-00333-CV

### TANYA WILSON, Appellant

### V.

### JOANNA SCHUMAKER, Appellee

**On Appeal from the 335th District Court
Bastrop County, Texas
Trial Court Cause No. 383-335**

### MEMORANDUM OPINION

This is an attempted appeal from a judgment signed February 12, 2020. Appellant's notice of appeal was filed April 8, 2020.[1] On April 24, 2020, appellant filed a motion in the trial to extend post-judgment deadlines. However, as explained in our opinion on appellant's petition for writ of mandamus, that motion

---

[1] The Supreme Court of Texas ordered the Third Court of Appeals to transfer the case to this court.

was filed outside the expiration of the trial court's plenary power. *See In re Tanya Wilson*, No. 14-20-00351-CV, 2020 WL 4760296, (Tex. App.—Houston [14th Dist.] Aug. 18, 2020, orig. proceeding) (per curiam) (mem. op.).

Because appellant did not file a timely post-judgment motion, her notice of appeal had to be filed within 30 days after the judgement was signed. *See* Tex. R. App. P. 26.1. Appellant's notice of appeal was not filed timely.

On April 28, 2020, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant's response fails to demonstrate this court's jurisdiction.

We order the appeal dismissed for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Spain.